Chiel Martenson, Respondent, v. Metropolitan Express Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Mills* v. *Weir* (82 App. Div. 396). Bartlett, Woodward, Hooker, Rich and Miller, JJ., concurred.

John P. McCann, Appellant, v. William McAdoo, Individually and as Police Commissioner of the City of New York; and Others, Respondents.— Order affirmed with ten dollars costs and disbursements. No opinion. Bartlett, Woodward, Rich and Miller, JJ., concurred.

George S. Mawhinney, Respondent, v. Jacob Greenberg and Louis D. Greenberg, etc., Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Jenks, Hooker and Miller, JJ., concurred.

Mary Miller, Respondent, v. David Black, Appellant, Impleaded with Others. — Judgment unanimously affirmed, with costs. No opinion. Present — Bartlett, Woodward, Hooker, Rich and Miller, JJ.

Carl Vohmann and Others, as Executors and Trustees under the Last Will and Testament of Louise Pommer, Deceased, Appellants, v. Frank Rinschler and Others, Respondents.— Judgment reversed and new trial granted, costs to abide the final award of costs, on the authority of *Vohmann* v. *Michel* (109 App. Div. 659). Hirschberg, P. J., Bartlett, Woodward, Hooker and Miller, JJ., concurred.

Eunie L. Whiting, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Jenks and Hooker, JJ., concurred; Woodward, J., dissented.

Charles Townsend, Respondent, v. Howard R. Kern and Louis C. Haughey, Survivors of the William A. Baeder Glue Company, Defendants; Louis C. Haughey, Appellant.— Judgment affirmed, with costs. No opinion. Bartlett, Woodward, Hooker, Rich and Miller, JJ., concurred.

Alexander Sussman, Respondent, v. Samuel Nelson, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Bartlett, Woodward, Hooker, Rich and Miller, JJ., concurred.

James Tschetinian, Appellant, v. City Trust Company of New York, Respondent.— Final judgment affirmed, with costs. No opinion. Woodward, Jenks, Rich and Miller, JJ., concurred.

Otto E. Reimer Company, Respondent, v. Bertha Eirich, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

In the Matter of the Application of T. George Barnes to Compel the Delivery of Books, Papers, etc. Robert T. Dennis, Appellant.— Motion for stay of proceedings denied. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Edward Rowe, Respondent, v. Isabel H. Gerry, Appellant, and East Norwalk Lumber Company and Others, Respondents.— Motion for reargument granted and case set down for hearing on the first Wednesday of the January term. Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

Alexander Cameron and Frank Harvey Field, Plaintiffs, v. Josiah J. White, as Guardian, etc., and Others, Defendants.— Application for peremptory writ of mandamus denied. Present — Bartlett, Woodward, Rich and Miller, JJ.

Benjamin F. Weeks, Appellant, v. City of Middletown, Respondent.— Motion for reargument denied. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ.

Annie Andrews, as Administratrix, etc., of Joseph T. Andrews, Deceased, Respondent, v. H. & H. Reiners, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ.

William S. Barnes and Others, Respondents, v. The Long Island Railroad Company, Appellant.— Appeal withdrawn.

Helen Villard Bell, Appellant, v. Fanny Garrison Villard and Others, Respondents.— Judgment affirmed, with costs, on the opinion of Mr. Justice Keogh at Special Term. (Reported in 48 Misc. Rep. 587.) Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ., concurred.

Catherine Bendt, Respondent, v. Mary E. Bendt, as Administratrix of Mary A. Brockwell, Deceased, Appellant — Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.